IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 12-36187-H1-11 |
| ATP OIL & GAS CORPORATION, § | |
| § | CHAPTER 11 |
| DEBTOR § | |
| § | |
| BENNU OIL & GAS, LLC § | ADVERSARY NO. 14-03001 |
| § | |
| PLAINTIFF, § | |
| vs. § | |
| § | |
| BLUEWATER INDUSTRIES, LP and § | |
| TECHNIP USA, INC. § | |
| § | |
| DEFENDANTS § | |

### THIRD PARTY DEFENDANT PARKER-HANNIFIN CORPORATION'S JURY DEMAND

Parker-Hannifin Corporation demands a trial by jury.

       Respectfully submitted,

       MEHAFFYWEBER, P.C.

       */s/ Jeremy R. Stone*
       Jeremy R. Stone
       Attorney-in-charge
       State Bar No. 24013577
       jeremystone@mehaffyweber.com
       S.D. Texas I.D. No. 27060
       500 Dallas, Suite 1200
       Houston, Texas 77002
       Phone: (713) 655-1200
       Fax: (713) 655-0222
       ATTORNEY FOR DEFENDANT PARKER-HANNIFIN CORPORATION

HOULITIGATION:1380612.1

Of counsel:

**MEHAFFY WEBER, P.C.**

Louis M. Scofield, Jr.
State Bar No. 17884500
LouisScofield@mehaffyweber.com
Post Office Box 16
Beaumont, Texas  77704
Telephone: 409/835-5011
Telecopier: 409/835-5177

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this document was served via the Court's Electronic Filing System on September 2, 2014.

>    */s/ Jeremy R. Stone*
>    JEREMY R. STONE